```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN THORNHILL, on behalf of himself and          :
all others similarly situated,                     :
                                                   :
                    Plaintiff,                     :
                                                   :
         -against-                                 :
                                                   :
HESS CORPORATION,                                  :
                                                   :
                    Defendant.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/18

ORDER

17-CV-6060 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    In this action, brought pursuant to the Fair Labor Standards Act and analogous North Dakota law, the parties reached a negotiated disposition. The terms and conditions under which the parties agreed to resolve their dispute were reduced to a writing, which was submitted to the Court for its review and approval. See Docket Entry No. 35. Thereafter, a conference was held with the parties, during which the Court identified certain provisions in the parties' written settlement agreement which needed to be modified. The parties have modified their written settlement agreement and have submitted it to the Court for its review. See Docket Entry No. 38.

    Based upon the review of the parties' written settlement agreement, as modified, and the discussion had during the above-referenced conference, the Court finds that the settlement agreement is fair and reasonable. Therefore, the Court approves the parties' settlement agreement, Docket Entry No. 38, and dismisses this case with prejudice.

    The Clerk of Court is directed to record this case as closed on the docket sheet maintained for this action.

Dated: New York, New York
       April 16, 2018

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE